Opinion by COLE, J. It was stipulated that the merchandise in question is the same in all material respects as the substance passed upon in *G. D. Searle & Co.* v. *United States* (21 Cust. Ct. 112, C. D. 1138). The claim for free entry under paragraph 1669 was therefore sustained.

**No. 53779.**—American Ferment Co., Inc. *v.* United States, protest 149883–K (New York).

Opinion by COLE, J. It was stipulated that the merchandise in question is the same in all material respects as the substance passed upon in *G. D. Searle & Co.* v. *United States* (21 Cust. Ct. 112, C. D. 1138). The claim for free entry under paragraph 1669 was therefore sustained.

**No. 53780.**—Winthrop-Stearns, Inc. *v.* United States, protest 150520–K (New York).

Opinion by COLE, J. It was stipulated that the merchandise in question is the same in all material respects as the substance passed upon in *G. D. Searle & Co.* v. *United States* (21 Cust. Ct. 112, C. D. 1138). The claim for free entry under paragraph 1669 was therefore sustained.

**No. 53781.**—Colonial Sugars Company *v.* United States, protests 140806–K/12991 and 140807–K/12990 (New Orleans).

Opinion by COLE, J. When the protests were called for hearing they were submitted without the introduction of any evidence to support plaintiff's contention. An examination of the official papers disclosing nothing to disturb the action of the collector, which was presumptively correct, the protests were overruled.

**No. 53782.**—International Clearing House of N. Y. et al. *v.* United States, protests 907396–G, etc. (New York).

Opinion by COLE, J. The protests were dismissed.

**No. 53783.**—American Express Co. et al. *v.* United States, protests 128741–K/1032, etc. (Chicago).

Opinion by COLE, J. The protests were dismissed.

**No. 53784.**—Goff & Page Company *v.* United States, protest 141445–K (Providence).

Opinion by COLE, J. The protest was dismissed.